*743 MARTHA CRAIG DAUGHTREY, Circuit Judge,
dissenting.
In contrast to the majority here, I am persuaded that the restrictions on leafleting imposed during the Arab International Festival did not violate the plaintiffs First Amendment right to free speech. Those restrictions constituted a reasonable time, place, and manner limitation in service of a substantial government interest, and they were sufficiently narrowly tailored to further that substantial interest, as the district court held in a thoughtful and well-documented opinion granting summary judgment to the City of Dearborn and its Chief of Police. While I would normally set out an analysis to support this conclusion, there is no reason to delay issuance of the majority’s order in this expedited appeal, given that the district court has provided a masterful explanation for judgment in the defendants’ favor. I therefore dissent for reasons set out in the district court’s opinion and order filed on June 7, 2010.